No. 73–840.  RIELY *v.* UNITED STATES.  C. A. 7th Cir. Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–853.  FORBICETTA *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–870.  MARKS ET AL. *v.* CITY OF NEWPORT.  Ct. App. Ky.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–1120.  NATIONAL HELIUM CORP. ET AL. *v.* MORTON, SECRETARY OF THE INTERIOR, ET AL.  C. A. 10th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–1138.  WEISBERG *v.* UNITED STATES DEPARTMENT OF JUSTICE.  C. A. D. C. Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–1173.  HORTON *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–1220.  FORT SILL APACHE TRIBE OF OKLAHOMA ET AL. *v.* UNITED STATES.  Ct. Cl..  Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–1229.  ISRAEL, ATTORNEY GENERAL OF RHODE ISLAND, ET AL. *v.* DOE ET AL.  C. A. 1st Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.